1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MATTHEW J. HUBERTY,                         No. 2:22-cv-827-KJM-KJN PS

12              Plaintiff,                        ORDER

13        v.

14   INTERNAL REVENUE SERVICE,

15              Defendant.

16

17          Presently pending before the court is defendant Internal Revenue Service's motion to

18   dismiss the complaint for lack of subject matter jurisdiction and motion to transfer venue.[1]  (ECF

19   No. 10.)  Plaintiff Matthew Huberty initially failed to respond to the complaint, so the court

20   vacated the hearing under Local Rule 230 and ordered a written response.  Plaintiff responded by

21   the deadline and alongside his opposition submitted a motion to amend the complaint.  Of note,

22   the motion to amend is purportedly brought on behalf of both Matthew and his brother Robert

23   Huberty.  Robert Huberty's potential appearance could affect the outcome of the court's decision

24   and raises issues not briefed by the parties.  Accordingly, the court finds it appropriate to reinstate

25   a hearing pursuant to Local Rule 230(g).  No further briefing is required at this time.

26   ///

27

---

[1] This motion is referred to the undersigned by Local Rule 302(c)(19) for the entry of findings
28   and recommendations.  See 28 U.S.C. § 636(b)(1)(B).

1

1

**ORDER**

2     Accordingly, it is HEREBY ORDERED that:

3   1. A hearing on defendant's motion to dismiss (ECF No. 10) and plaintiff's motion to

4       amend (ECF No. 13) is reset for Tuesday, January 3, 2023 at 9:00 a.m. Pacific

5       Standard Time.

6   2. The hearing will be conducted remotely by Zoom and will be served on defense

7       counsel at the email address on file.  Robert Huberty is instructed to contact this

8       chamber's courtroom deputy at 916-930-4187 to submit an email address so the Zoom

9       information can be sent.  Matthew Huberty shall also contact the courtroom deputy to

10      submit his email address.  The deadline for Matthew and Robert to contact the

11      courtroom deputy is by close of business December 27, 2022 Pacific Standard Time.

12   3. The clerk of the court is directed to serve this order on the parties as well as on Robert

13       Huberty (at the address listed in the complaint at ECF No. 1).

14 Dated:  November 22, 2022

15

16 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

17

18 hube.827

19

20

21

22

23

24

25

26

27

28