UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW J. HUBERTY, et. al., | No. 2:22-cv-827-DJC-KJN PS |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

On January 4, 2023, the court granted plaintiff Robert Huberty's request for leave to amend the complaint, and gave him 45 days to do so after obtaining counsel. (Id.) The applicable deadline has passed, and the docket shows plaintiff failed to file an amended complaint. The court has considered whether this action should be dismissed due to this failure. However, in light of plaintiff's pro se status and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing this order to show cause.

Accordingly, IT IS ORDERED that within 14 days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's order and failure to prosecute this case.

Dated: April 10, 2023

hube.827

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE